UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ELYSE SOCHET, individually, and on behalf
of other similarly situated consumers

       Plaintiff,                                 Case No.: 2:21-cv-3772

v.

CREDIT CONTROL, LLC

       Defendant.
_____

## **DEFENDANT CREDIT CONTROL, LLC'S NOTICE OF REMOVAL**

Defendant Credit Control, LLC ("Credit Control") files this Notice of Removal of this action to the United States District Court for the Eastern District of New York as follows:

1.     Plaintiff Elyse Sochet ("Plaintiff") filed her state court Complaint on May 21, 2021 in the Supreme Court for the State of New York for Nassau County.

2.     This is a civil action based on Plaintiff's contention that Defendant Credit Control violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (the "FDCPA").

3.     Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable pursuant to 28 U.S.C. §1441(a).

4.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

5.     Given that Credit Control was served on June 14, 2021, removal is timely pursuant to 28 U.S.C. § 1441(b) because Credit Control has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Supreme Court for the State of New York for Nassau County.

8. Plaintiff requested a jury trial in the state court Complaint.

9. For the above reasons, Credit Control requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: July 5, 2021

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com